| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal"* on the reverse of this form |

② ✓

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cv1067-CSC |
|---|---|
| DEFENDANT 1554 Shady Trail Wetumpka, Elmore County, Alabama, et. al. | TYPE OF PROCESS<br>Complaint<br>Notice |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Carroll Jarrett |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*<br>1554 Shady Trail Wetumpka, Elmore County, Alabama |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 2 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS Number requested from DEA.

UNITED STATES MARSHALS MIDDLE AL
2005 NOV 23
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of:<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>11/03/05 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>Y. Chavero | Date<br>11/23/05 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>2/9/06 | Time<br>9:45 pm |
| | Signature of U.S. Marshal or Deputy<br>C. D. Tatom | |

| Service Fee<br>45.00 | Total Mileage Charges *(including endeavors)*<br>0 | Forwarding Fee<br>0 | Total Charges<br>45.00 | Advance Deposits<br>0 | Amount Owed to US Marshal or<br>45.00 | Amount or Refund<br>0 |
|---|---|---|---|---|---|---|

REMARKS: 567-6682(h)  514-5970(h)
3~~~~~1374~~~~ (cell)

RETURNED AND FILED

FEB 10 2006

| PRIOR EDITIONS MAY BE USED | CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|