IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | No.  2:05- CV-1067-WHA |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 1554 SHADY TRAIL, ) | |
| WETUMPKA, ELMORE COUTNY ) | |
|  ALAMBAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION FOR 30 DAY EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

COMES NOW, Billy W. Jarrett, Sr.  and JoAnn Jarrett, husband and wife, interested persons claiming an interest in the above described Defendant, by and through undersigned counsel, and files this their motion for extension of time to file a verified claim, answer and other responsive pleadings, and as grounds therefore states as follows:

1. That the undersigned has just been retained to represent Billy W. Jarrett, Sr. and JoAnn Jarrett, on the date of the filing of this motion.

2. That the undersigned has spoken with counsel for the above styled plaintiff, John Harmon, Esq. and he has no objection to the requested extension.

3. That the plaintiff in the above styled matter will suffer no prejudice as a result of the delay.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that this Honorable Court grant a 30 day extension of the time to file a pleading in the above styled matter.

RESPECTFULLY SUBMITTED, this 1st day of March, 2006.

/s F. Tim McCollum
Of Counsel for Respondents
 Billy W. Jarrett, Sr, and
 JoAnn Jarrett
Bar No.: ASB-9980-C61F
McCollum & Brown
400 South Union Street
Suite 135
Montgomery, AL 36104
334.264.8401
334.834.4210 Facsimile
Email:tmccollum@mindspring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2006, I electronically filed the foregoing with the clerk of court using the CM/ECF which will send notification of such filing to the following: John T. Harmon, Esquire.

/s F. Tim McCollum
Of Counsel for Respondents
 Billy W. Jarrett, Sr, and
 JoAnn Jarrett
Bar No.: ASB-9980-C61F
McCollum & Brown
400 South Union Street
Suite 135
Montgomery, AL 36104
334.264.8401
334.834.4210 Facsimile
Email:tmccollum@mindspring.com