IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:05-cv-1067 |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 1554 SHADY TRAIL, | ) | |
| WETUMPKA, ELMORE COUNTY, | ) | |
| ALALBAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as counsel representing Billy W. Jarrett, Jr. in the above-styled cause.

Respectfully submitted this 1st day of March, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH  (KEI003)**
Attorney for Billy W. Jarrett, Jr.
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>John T. Harmon, AUSA
>Post Office Box 197
>Montgomery, AL 36101-0197

>>s/ Richard K. Keith
>>**OF COUNSEL**