IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   2:05-cv-1067 |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 1554 SHADY TRAIL, ) | |
| WETUMPKA, ELMORE COUNTY, ) | |
| ALALBAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BILLY W. JARRETT, JR.'S
UNOPPOSED MOTION FOR A 30-DAY ENLARGEMENT OF TIME TO
FILE VERIFIED CLAIM/STATEMENT OF INTEREST AND ANSWER**

COMES NOW, Billy W. Jarrett, Jr., an interested person in the above-described cause, by and through the undersigned attorney, and files this motion for a 30-day extension of time to file a verified claim, answer, and any other responsive pleadings.

As grounds in support thereof, the following is stated:

1. The defendant's verified claim and answer are due on or about March 1, 2006.

2. The undersigned attorney has just recently been retained to represent Billy Jarrett, Jr. in the above-styled cause and requires additional time in which to prepare the claim and answer.

3. The undersigned has contacted Assistant United States Attorney, John T. Harmon, and he has no objection to this requested extension.

WHEREFORE, premises considered, the undersigned attorney requests this Honorable Court to grant a 30-day extension in which to file a verified claim, answer, or other responsive pleading in the above-styled cause.

Respectfully submitted this 1st day of March, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH  (KEI003)**
Attorney for Billy W. Jarrett, Jr.
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John T. Harmon, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
