IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | No.  2:05- CV-1067-WHA |
| ) | |
| **ONE PARCEL OF PROPERTY** ) | |
| **LOCATED AT 1554 SHADY TRAIL,** ) | |
| **WETUMPKA, ELMORE COUTNY** ) | |
| **ALAMBAMA, WITH ALL** ) | |
| **APPURTENANCES AND** ) | |
| **IMPROVEMENTS THEREON** ) | |
| ) | |
| **DEFENDANT.** ) | |

**NOTICE OF APPEARANCE**

COMES NOW, F. Tim McCollum, and hereby files and gives Notice of Appearance as counsel for Billy W. Jarrett, Sr in the above styled matter.

Respectfully submitted this 1st day of March, 2006. .

    **/s F. Tim McCollum**
    Of Counsel for Respondents
    Billy W. Jarrett, Sr, and
    JoAnn Jarrett
    Bar No.: ASB-9980-C61F
    **McCollum & Brown**
    400 South Union Street
    Suite 135
    Montgomery, AL 36104
    334.264.8401
    334.834.4210 Facsimile
    Email:tmccollum@mindspring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2006, I electronically filed the foregoing with the clerk of court using the CM/ECF which will send notification of such filing to the following: John T. Harmon , Esquire.

/s F. Tim McCollum
Of Counsel for Respondents
Billy W. Jarrett, Sr, and
JoAnn Jarrett
Bar No.: ASB-9980-C61F
**McCollum & Brown**
400 South Union Street
Suite 135
Montgomery, AL 36104
334.264.8401
334.834.4210 Facsimile
Email:tmccollum@mindspring.com