IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1067-CSC |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 1554 SHADY TRAIL, | ) |
| ELMORE COUNTY, WETUMPKA, | ) |
| ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court are the March 1, 2006, motions for a 30 day extension of time to file responsive pleadings (doc. # 9 & 11) filed by the claimants. Upon consideration of the motion and for good cause, it is

ORDERED that the motions for an extension of time (doc. # 9 & 11) be and is hereby GRANTED.

Done this 2nd day of March, 2006.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE