IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>ONE PARCEL OF PROPERTY )<br>LOCATED AT 1554 SHADY TRAIL, )<br>WETUMPKA, ELMORE COUNTY, )<br>ALABAMA, WITH ALL )<br>APPURTNECANCES AND )<br>IMPROVEMENTS THEREON, )<br>)<br>DEFENDANT. ) | CIVIL ACTION NO.  2:05-cv-1067 |

### BILLY WAYNE JARRET, JR.'S VERIFIED CLAIM/STATEMENT OF INTEREST

**COMES NOW** Billy Wayne Jarrett, Jr. and files this verified claim/statement of interest pursuant to § 983(a)(4)(a) of Title 18 of the United States Code. In support, Billy Wayne Jarrett Jr. states as follows:

1. On November 3, 2005, the United States filed (1) a notice of complaint of forfeiture in rem and (2) a verified complaint for forfeiture in rem, seeking a Decree of Forfeiture authorizing the seizure and disposal of property—currently or formerly occupied by Billy Wayne Jarrett Jr. and Carroll Jarrett—located at 1554 Shady Trail, Wetumpka, Elmore County, Alabama (the "Defendant Property").

2. Billy Wayne Jarrett Sr. and Joann Jarrett (Billy Wayne Jarrett, Jr.'s parents) possess a life estate as joint tenants with rights of survivorship over the Defendant Property, which is described in the attached warranty deed and mortgage documents, as well as in the United States verified complaint, as follows:.

A lot or parcel of land described as commencing at the point east of the county paved road: The south half of the NE 1/4 and the NE 1/4 of the SE 1/4 of the Section 33, Township 20, R. 19, containing 120 acres, more or less.

LESS AND EXCEPT those certain parcels heretofore conveyed to George W. Blankenship, Jr. and wife, Ella Frances Blankenship; **Billy Warren Jarrett and wife, Joann Jarrett,** more particularly described in Deed Rec. Book 168 page 467, Deed Rec. Book 175, page 475, Deed Rec. Book 189, page 137, and on Deed Cards Numbers 427 and 8223, respectively, Probate Office, Elmore County, Alabama

3.    Billy Wayne Jarrett, Jr. and his wife Carol Jarrett, are tenants on this property, paying rent to Billy Wayne Jarrett, Sr. and Joann Jarrett on a monthly basis. Billy Wayne Jarrett, Jr. claims no ownership interest in the subject property, the Defendant property.

4.    Billy Wayne Jarrett Sr. and Joann Jarrett had no knowledge of any crimes allegedly committed by Billy Wayne Jarrett, Jr. or Carroll Jarrett or anyone else on or around the Defendant Property.

5.    Because Billy Wayne Jarrett Sr. and Joann Jarrett are joint tenants with rights of survivorship over the Defendant Property, they, the owners of this property respectfully request that this Court grant the following relief:

> That the Defendant Property not be forfeited, but rather immediately released to Billy Wayne Jarrett Sr. and Joann Jarrett, as well as cost of suit, attorney's fees, and other appropriate relief.

**WHEREFORE,** Billy Wayne Jarrett, Jr. notices his interest in the Defendant Property and asserts his rights to the relief set forth above.

# AFFIDAVIT

I, **BILLY WAYNE JARRETT, JR.**, being over 19 years of age, being of sound mind and body, on this 24th day of March, 2006, deposes and says the following:

Me and my wife, Carol Jarrett, rent the house located at 1554 Shady Trail, Wetumpka, Alabama 36092 from my parents, Billy Wayne Jarrett, Sr. and Joann Jarrett. We pay $249.00/monthly to my parents for house rental when we are able to afford it. My parents were not aware of any of my alleged drug activities, nor the marijuana I had growing at the house.

I declare that the foregoing is a true and correct statement.

Executed this 24th day of March, 2006.

_____
BILLY WAYNE JARRETT, JR.

**STATE OF ALABAMA**       )
                                                )
**MONTGOMERY COUNTY**  )

Before me, the undersigned authority, personally appeared **Billy Wayne Jarrett, Jr.**, who is known to me, and who, being by me first duly sworn, deposes and states on oath that the averments contained in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

**SWORN TO AND SUBSCRIBED** before me this 24th day of March, 2006.

(Seal)

_____
NOTARY PUBLIC-Glenna Lee Ryals
Expiration: September 6, 2009

Respectfully submitted,

*/s/ Richard K. Keith*
**RICHARD K. KEITH (KEI003)**
Attorney for Billy W. Jarrett, Jr.
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL 36014
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first class, United States mail, postage prepaid, on this the 24th day of March, 2006:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197