| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CV1067 |
|---|---|
| DEFENDANT 1554 Shady Trail Wetumpka, Elmore County, Alabama, et. al. | TYPE OF PROCESS<br>Notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Montgomery Advertiser |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>Post Office Box 1000, Montgomery, Alabama, 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS Number requested from DEA.   06-DEA-462384

RECEIVED
UNITED STATES MARSHALS SERVICE
MIDDLE ALABAMA
2005 NOV 23 P 2:13

| Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>11/03/05 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>11/23/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

RETURNED AND FILED
MAR 30 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 3/29/06   Time 12:00 pm |
| | Signature of U.S. Marshal or Deputy<br>K. Chavers |

| Service Fee<br>45.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  2/22/06  c.m. # 7001 1140 0001 8579 6806
2/27/06  Received green card signed "Gary Edwards"
Published 2/27, 3/6, 3/13/06
3/29/06  paid invoice

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|

# ADVERTISING ORDER

| ORDER NUMBER | 1554 Shady Trail |
|---|---|

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | DATE |
|---|---|
| U. S. Department of Justice, U. S. Marshals Service | 02/21/2006 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**NAME OF THE PUBLICATION ADVERTISED IN**
Notice of Complaint of Forfeiture in Rem

| SUBJECT OF ADVERTISEMENT | EDITION OF PAPER ADVERTISEMENT APPEARED |
|---|---|
| Notice of Complaint of Forfeiture in Rem | |

| NUMBER OF TIMES ADVERTISEMENT APPEARED | DATE(s) ADVERTISEMENT APPEARED |
|---|---|
| 3 | 02/27, 03/06, 03/13/2006 |

**SPECIFICATIONS FOR ADVERTISEMENT**

**COPY FOR ADVERTISEMENT**

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

UNITED STATES OF AMERICA, PLAINTIFF,

v.

ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL, WETUMPKA, ELMORE COUNTY, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, DEFENDANT.

CIVIL ACTION NO. 2:05cv1067-C

NOTICE OF COMPLAINT OF FORFEITURE IN REM

TO ALL INTERESTED PERSONS IN THE ABOVE CAPTIONED CASE:

Notice is hereby given that on November 3, 2005, the United States of America filed a Complaint for Forfeiture in Rem pursuant to Title 18, United States Code, Section 985, to forfeit and condemn to the use and benefit of the United States of America certain real property and premises, located at 1554 Shady Trail, Wetumpka, Elmore County, Alabama, with all appurtenances and improvements thereon. The legal description of the Defendant property is in the Deed, Recorded at Card 017332, Real Property Records, Office of the Judge of Probate, Elmore County, Alabama. The United States will be seeking a Decree of Forfeiture authorizing seizure and disposal of the property.

Any person claiming an interest in the Defendant property must assert that interest. In the manner set forth in Title 18, United States Code, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon, Assistant United States Attorney, Office of the United States Middle District of Alabama, One Court Square, Suit 201

Post Office Box 197, Montgomery, Alabama 34101-0107

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER 3 | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE U. S. Marshal |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample-- of solid line advertisement; set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consist-ing of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding ma- terial available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to:

▶ U.S.M.S. One Church St. Ste A-100 Montgomery, AL 36104

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

Betty Dennis

3-22-06

My commission expires 11/06/2006

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date<br>Gary Edwards |
| 1. Article Addressed to:<br><br>Montgomery Advertiser<br>P.O. Box 1000<br>Montgomery, AL 36101-1000<br>Attn: Legal Ads | D. Is delivery address different from item 1?<br>If YES, enter delivery address below:<br><br>RECEIVED<br>2006 FEB 2[?] P 1: 20<br>UNITED STATES<br>MARSHALS SERVICE<br>MIDDLE AL[ABAMA] |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number<br>7001 1140 0001 8579 6806 | |
| PS Form 3811, February 2004 | Domestic Return Receipt |