# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

(7)

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cv1067 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 1554 Shady Trail Wetumpka, Elmore County, Alabama, et. al. | Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wetumpka Herald

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

300 Green Street, Wetumpka, Alabama 36092    (334) 567-7811

2005 NOV 3 P 4:06

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS Number requested from DEA.  06-DEA-462384

US MARSHALS SERVICE MIDDLE ALA — 2005 NOV 23 — RECEIVED

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
John T. H.
TELEPHONE NUMBER: (334) 223-7280
DATE: 11/03/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 11/23/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

RETURNED AND FILED  MAR 30 2006  CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

| Name and title of individual served (*If not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service: 3/29/06    Time: 12:00 pm |
| | | Signature of U.S. Marshal or Deputy  K. Chavers |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 2/22/06 c.m. # 7001 1140 0001 8579 6813
2/24/06 Received green card signed "J. Goodwin"
Published 2/27, 3/6, 3/13/06
3/29/06 paid invoice

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

CIVIL ACTION NO. 2:05cv1067-C

UNITED STATES OF AMERICA, PLAINTIFF, v. ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL WETUMPKA, ELMORE COUNTY, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, DEFENDANT.

NOTICE OF COMPLAINT OF FORFEITURE IN REM

TO ALL INTERESTED PERSONS IN THE ABOVE CAPTIONED CASE:

Notice is hereby given that on November 3, 2005, the United States of America filed a Complaint for Forfeiture In Rem pursuant to Title 18, United States Code, Section 985, to forfeit and condemn to the use and benefit of the United States of America certain real property and premises, located at 1554 Shady Trail Wetumpka, Elmore County, Alabama, with all appurtenances and improvements thereon. The legal description of the Defendant property is in the Deed Recorded at Card 017332, Real Property Records, Office of the Judge of Probate, Elmore County, Alabama. The United States will be seeking a Decree of Forfeiture authorizing seizure and disposal of the property.

Any person claiming an interest in the Defendant must file a claim asserting that interest, in the manner set forth in Title 18, *United States Code*, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint.

In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suit 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to Title 28, Code of Federal Regulations (C.F.R.), Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA

The Wetumpka Herald
March 1, 8 & 15, 2006

---

PROOF OF PUBLICATION

STATE OF ALABAMA
ELMORE COUNTY

Before me, the undersigned authority in and for said County in said State, this day personally appeared

Jay Goodwin

who, being by me first duly sworn, deposes and says that during the times herein mentioned was an employee of THE WETUMPKA HERALD, a newspaper of general circulation published in Elmore County, Alabama, and that the attached notice was published in said newspaper once a week for 3 successive weeks, said notice having appeared in the issues of said paper on:

March 1, 8 & 15

all in the year 2006

*[signature: Jay Hood]*

Sworn to and subscribed before me
March 16                                2006

*[signature: Kim Stewart]*
Notary Public

10/24/2009
My Commission Expires On

RECEIVED 2006 MAR 17 A 9:58

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  J. Goodwin    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  J. GOODWN    C. Date of Delivery  23 Feb 06 |
| 1. Article Addressed to:<br><br>Wetumpka Herald<br>300 Green St.<br>Wetumpka, AL 36092<br><br>RECEIVED 2006 FEB 24 P 12:08<br>UNITED STATES MARSHALS<br>MIDDLE AL | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  7001 1140 0001 8579 6813 | Shadwith Jr.  KC |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |