**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 4, 2006

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: United States of America vs. One Parcel of Property Located at 1554 Shady Trail**
**Case Number: 2:05cv1067-CSC**

**Pleading : #18 Verified Claim Answer and #20 Answer to Complaint**

**Striking #18 Verified Claim Answer and #20 Answer to Complaint.  These documents were filed as duplicates to #17 Verified Claim Answer and #19 Answer to Complaint.  The parties are instructed to disregard the #18 and #20 docket entries of these pleadings on the court's docket.**