RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 APR -3  A 9: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1067-CSC |
| | ) | |
| ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL, ELMORE COUNTY, WETUMPKA, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

3-30-06
Date

Richard K. Keith
Signature

Billy W. Jarrett, Jr.
Counsel For (**print** name of all parties)

22 Scott St  Mtgy, Al 36104
Address, City, State Zip Code

334-264-6276
Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY