IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 10 P 1: 48

___ P. HACKETT, ___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1067-CSC |
| ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL, ELMORE COUNTY, WETUMPKA, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | ) |
| Defendants. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_April 6, 2006_
Date

_[signature]_
Signature

_BILLY W. JARRETT, SR. + JoANN JARRETT_
Counsel For (**print** name of all parties)

_400 South Union St. Ste 135 Montg, AL 36104_
Address, City, State Zip Code

_334. 264. 8401_
Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY