IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1067-CSC |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 1554 SHADY TRAIL, | ) |
| ELMORE COUNTY, WETUMPKA, | ) |
| ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the April 3, 2006, motion to dismiss (doc. # 19) filed by claimants Billy Warren Jarrett, Sr., and JoAnn Jarrett. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to dismiss (doc. # 19) be and is hereby DENIED.

Done this 11th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE