IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : CIVIL ACTION NO. 2:05cv1067-C |
| | : |
| ONE PARCEL OF PROPERTY | : |
| LOCATED AT 1554 SHADY TRAIL | : |
| WETUMPKA, ELMORE COUNTY, | : |
| ALABAMA, WITH ALL | : |
| APPURTENANCES AND | : |
| IMPROVEMENTS THEREON, | : |
| | : |
| DEFENDANT. | : |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

Settlement negotiations have been initiated and are ongoing. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 17th day of November, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on November 17, 2006, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard K. Keith** and **Timothy McCollum.**

        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney