IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05cv1067-CSC |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 1554 SHADY TRAIL, | ) |
| ELMORE COUNTY, WETUMPKA, | ) |
| ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to strike claim and answer of Billy Jarrett, Jr. (doc. # 32), it is

ORDERED that on or before December 4, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 17th day of November, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE