IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   2:05-cv-1067-CSC |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 1554 SHADY TRAIL, ) | |
| WETUMPKA, ELMORE COUNTY, ) | |
| ALALBAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**BILLY JARRETT JR.'S RESPONSE TO GOVERNMENT'S MOTION TO STRIKE CLAIM AND ANSWER OF BILLY WAYNE JARRETT, JR.**

COMES NOW, Billy Jarrett Jr., by and through his attorney of record, Richard K. Keith, and hereby submits his response to the government's Motion to Strike Claim and Answer of Billy Wayne Jarrett, Jr.:

1. Billy Jarrett, Jr. acknowledges his lack of standing to contest the government's forfeiture petition.

Respectfully submitted this 28th day of November, 2006.

                                                            s/ Richard K. Keith
                                                            **RICHARD K. KEITH (KEI003)**
                                                            Attorney for Billy W. Jarrett, Jr.
                                                            **KEITH & DUBIN, PC**
                                                            22 Scott Street
                                                           Montgomery, AL  36104-4012
                                                           Telephone: (334) 264-6776
                                                           Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    John T. Harmon, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

                                          s/ Richard K. Keith
                                          **OF COUNSEL**