IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1067-CSC |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 1554 SHADY TRAIL, | ) |
| ELMORE COUNTY, WETUMPKA, | ) |
| ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the November 17, 2006, motion to strike claim and answer of Billy Wayne Jarrett, Jr. (doc. # 32) filed by the United States. Claimant Billy Wayne Jarrett, Jr. concedes that he lacks standing to challenge the forfeiture action. *See* Doc. # 34. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to strike claim and answer of Billy Wayne Jarrett, Jr. (doc. # 32) be and is hereby GRANTED the claim and answer of Billy Wayne Jarrett, Jr. be and are hereby STRICKEN.

Done this 30th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE