```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1067-CSC |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 1554 SHADY TRAIL | : | |
| WETUMPKA, ELMORE COUNTY, | : | |
| ALABAMA, WITH ALL | : | |
| APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

## MOTION TO SUBMIT PROPOSED
## STIPULATION FOR COMPROMISE SETTLEMENT

Pursuant to the attached Stipulation for Compromise Settlement, the United States of America (United States) respectfully moves this Court to approve the proposed Stipulation and remove this matter from the trial docket set for February 12, 2007. As called for in the Stipulation and upon payment of the sum specified, the United States will submit a proposed Decree of Forfeiture and a motion to dismiss by final judgment.

A proposed order is attached.

Respectfully submitted this 17th day of January, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY



                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    Bar Number: 7068-II58J
```

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing Motion to Submit Proposed Stipulation for Compromise Settlement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tim McCollum.**

```
                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```