```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1067-CSC |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 1554 SHADY TRAIL | : | |
| WETUMPKA, ELMORE COUNTY, | : | |
| ALABAMA, WITH ALL | : | |
| APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

### O R D E R

Upon the Motion of the United States of America and being otherwise duly advised, it is hereby:

ORDERED that the Stipulation for Compromise Settlement between the United States and Claimants Billy W. Jarrett, Sr. and JoAnn Jarrett is approved.

Done this the ____ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE