```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA,            :
                                     :
        PLAINTIFF,                   :
                                     :
    v.                               :   CIVIL ACTION NO. 2:05cv1086-WKW
                                     :
EIGHTY THOUSAND SIX HUNDRED          :
THIRTY-THREE DOLLARS                 :
($80,633.00) IN UNITED STATES        :
CURRENCY;                            :
FOUR THOUSAND EIGHT HUNDRED          :
SEVENTY-EIGHT DOLLARS                :
($4,878.00) IN UNITED STATES         :
CURRENCY; AND,                       :
THIRTY-SIX THOUSAND FIVE             :
HUNDRED DOLLARS ($36,500.00)         :
IN UNITED STATES CURRENCY,           :
                                     :
        DEFENDANTS.                  :

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA,            :
                                     :
        PLAINTIFF,                   :
                                     :
    v.                               :   CIVIL ACTION NO. 2:05cv1067-CSC
                                     :
ONE PARCEL OF PROPERTY               :
LOCATED AT 1554 SHADY TRAIL          :
WETUMPKA, ELMORE COUNTY,             :
ALABAMA, WITH ALL                    :
APPURTENANCES AND                    :
IMPROVEMENTS THEREON,                :
                                     :
        DEFENDANT.                   :

<u>NOTICE OF SCHEDULING CONFLICT RESOLUTION</u>

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, respectfully states as follows:

1. On January 8, 2007, the United States notified the Court of a conflict arising from the trial schedule set for the above styled cases.

2. The case styled <u>U.S. v. One Parcel of Property Located at 1554 Shady Trail, Wetumpka, Elmore County, Alabama, with all Appurtenances and Improvements Thereon</u>, Civil Action No. 2:05cv1067-CSC, has been settled and the United States has moved to have it removed from the February 12, 2007 trial docket.

3. The case styled <u>U.S. v. Eighty Thousand Six Hundred Thirty Three Dollars ($80,633.00) in United States Currency, et al.</u>, Civil Action No. 2:05cv1086-WKW, may proceed on the February 12, 2007 trial docket as the conflict has been resolved.

Respectfully submitted this 18th day of January, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 18, 2007, I electronically filed the foregoing Notice of Scheduling Conflict Resolution with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joe Reed** and **Tim McCollum.**


                                            <u>/s/John T. Harmon</u>  
                                            John T. Harmon  
                                            Assistant United States Attorney