IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv1067-CSC |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 1554 SHADY TRAIL, | ) |
| ELMORE COUNTY, WETUMPKA, | ) |
| ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On January 17, 2007, the United States filed a motion to submit a proposed stipulation for compromise settlement (doc. # 37).  Upon consideration of the joint stipulation of compromise settlement, it is

ORDERED as follows:

1.     that the Stipulation for Compromise Settlement between the United States and Claimants Billy W. Jarrett, Sr. and JoAnn Jarrett be and is hereby APPROVED.

2.     that on or before April 18, 2007, the parties shall file a joint stipulation for dismissal.

3.     that all pending hearings and deadlines are CONTINUED generally.

Done this 18th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE