```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
          PLAINTIFF,           )
                              )
     v.                       )  CIVIL ACTION NO. 2:05cv1067-CSC
                              )
ONE PARCEL OF PROPERTY        )
LOCATED AT 1554 SHADY TRAIL,  )
WETUMPKA, ELMORE COUNTY,      )
ALABAMA, WITH ALL             )
APPURTENANCES AND             )
IMPROVEMENTS THEREON,         )
                              )
          DEFENDANT.           )
```

                MOTION FOR DECREE OF FORFEITURE

    Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, Order for Notice <u>In</u> <u>Rem</u>, and the Stipulation for Compromise Settlement between the United States and Claimants Billy W. Jarrett, Sr. and JoAnn Jarrett.

    A proposed Decree of Forfeiture is submitted herewith.

    Respectfully submitted this 6th day of March, 2007.

          FOR THE UNITED STATES ATTORNEY
               LEURA G. CANARY

          /s/John T. Harmon
          John T. Harmon
          Assistant United States Attorney
          Office of the United States Attorney
          Middle District of Alabama
          One Court Square, Suite 201 (36104)
          Montgomery, Alabama 36101-0197
          Telephone:(334) 223-7280
          Facsimile:(334) 223-7560
          Bar Number: 7068-II58J

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing Motion for Decree of Forfeiture and Proposed Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim McCollum.

          /s/John T. Harmon
          John T. Harmon
          Assistant United States Attorney