IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv1067-CSC |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 1554 SHADY TRAIL, ) | |
| ELMORE COUNTY, WETUMPKA, ) | |
| ALABAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the March 6, 2007, motion for decree of forfeiture (doc. # 40) filed by the United States.  Upon consideration of the motion and for the following reasons, it is

ORDERED that the motion for decree of forfeiture (doc. # 40) be and is hereby GRANTED.

Done this 7th day of March, 2007.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE