```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
          PLAINTIFF,           )
                              )
     v.                       )  CIVIL ACTION NO. 2:05cv1067-CSC
                              )
ONE PARCEL OF PROPERTY        )
LOCATED AT 1554 SHADY TRAIL,  )
WETUMPKA, ELMORE COUNTY,      )
ALABAMA, WITH ALL             )
APPURTENANCES AND             )
IMPROVEMENTS THEREON,         )
                              )
          DEFENDANT.           )
```

## MOTION TO DISMISS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and respectfully moves the Court to dismiss this case with prejudice, stating as follows:

All issues in this case have been resolved.

A Joint Stipulation of Dismissal and proposed Order are attached and filed herewith.

Respectfully submitted this 26th day of March, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
                    Bar Number: 7068-II58J
```

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim McCollum.

```
                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```