```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
          PLAINTIFF,            )
                               )
     v.                        )   CIVIL ACTION NO. 2:05cv1067-CSC
                               )
ONE PARCEL OF PROPERTY         )
LOCATED AT 1554 SHADY TRAIL,   )
WETUMPKA, ELMORE COUNTY,       )
ALABAMA, WITH ALL              )
APPURTENANCES AND              )
IMPROVEMENTS THEREON,          )
                               )
          DEFENDANT.            )
```

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimants Billy W. Jarrett, Sr. and JoAnn Jarrett, by and through their respective attorney, and hereby state as follows:

1. The parties respectfully move the Court to dismiss this case with prejudice.

2. As grounds, the parties would show that all issues in this case have been resolved.

3. All parties will bear their own costs.

```
                                FOR THE UNITED STATES ATTORNEY
                                     LEURA G. CANARY


Date: 3/23/07                   _____
                                JOHN T. HARMON
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                United States of America



Date: 3/16/07                   _____
                                F. TIM MCCOLLUM
                                Attorney for Claimants Billy
                                  W. Jarrett, Sr. and JoAnn Jarrett
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail:  John.Harmon@usdoj.gov


For Claimants:

McCollum & Brown, LLC
400 South Union Street, Suite 135
Montgomery, Alabama 36104
Telephone (334) 264-8401
Facsimile (334) 834-4210
E-mail:  Tmccollum@mindspring.com