IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv1067-CSC |
| ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL, ELMORE COUNTY, WETUMPKA, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

On March 26, 2007, the United States filed a motion to dismiss with prejudice asserting that the parties have reached an amicable settlement of all issues. Attached to the motion to dismiss is a joint stipulation of dismissal. *See* Doc. # 43. Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, upon consideration of the motion to dismiss (doc. # 43), and for good cause, it is

ORDERED and ADJUDGED that the motion to dismiss (doc. # 43) be and is hereby GRANTED this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 27th day of March, 2007.

        /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE