**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>2:05CV1067-CSC |
| DEFENDANT<br>PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL, WETUMPKA, AL | TYPE OF PROCESS<br>RELEASE OF LIS PENDENS |

RECEIVED

2007 MAR 16 A 11: 21

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>**ELMORE COUNTY JUDGE OF PROBATE** |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>Post Office Box 280 - Wetumpka, Alabama 36092 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-462384

| Signature of Attorney or other Originator requesting service on behalf of : ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>03/12/07 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>3/16/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 3/26/07   Time 12:07 pm |
| | Signature of U.S. Marshal or Deputy<br>Karin A. Chavers |

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 3/16/07 Cm # 7002 2410 0002 4887 1589
3/26/07 Recorded Copy returned

**RETURNED AND FILED**

APR 11 2007

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Recording Fee          15.00
TOTAL                  15.00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 26  P 12: 07

2007 MAR 16  A 10: 21

UNITED STATES OF AMERICA,          )

              PLAINTIFF,           )
                                   )
                                   )
         v.                        )    CIVIL ACTION NO.  2:05cv1067-CSC
                                   )
ONE PARCEL OF PROPERTY             )
LOCATED AT 1554 SHADY TRAIL,       )
WETUMPKA, ELMORE COUNTY,           )          RLPY     2007  17787
ALABAMA, WITH ALL                  )     Recorded In Above Book and Page
APPURTENANCES AND                  )        03/19/2007 01:05:36 PM
IMPROVEMENTS THEREON,              )             JIMMY STUBBS
                                   )            PROBATE JUDGE
                                   )           Elmore County, AL
              DEFENDANT.           )

RELEASE OF LIS PENDENS/LEVY

NOTICE is hereby given that a certain Lis Pendens/Levy filed
in the Office of the Judge of Probate, Elmore County, Alabama, is
hereby released and discharged.  The Lis Pendens/Levy was recorded
in the real property records on or about December 2, 2005, in RLPY
85361-
2005 Pages 85362-85364, giving notice of the pendency of a
forfeiture action in the United States District Court for the
Middle District of Alabama entitled United States v. One Parcel
Property Located at 1554 Shady Trail, Wetumpka, Elmore County,
Alabama, With All Appurtenances and Improvements Thereon, Civil
Action No. 2:05cv1067-CSC.  The record owners of the Defendant
property are Billy W. Jarrett and JoAnn Jarrett.

The property which is affected by this release is described as
follows:

RLPY    2007  17788

All that part of the following described property which
lies east of the county paved road:   The South half of
the NE 1/4 and the NE 1/4 of the SE 1/4 of Sec. 33, T.
20, R. 19, containing 120 acres, more or less.

LESS AND EXCEPT those certain parcels heretofore conveyed
to George W. Blankenship, Jr. and wife, Ella Frances
Blankenship; Billy Warren Jarrett and wife, Joan Jarrett,
and Dan P. Jarrett and wife, Joyce Jarrett, more
particularly described in Deed Rec. Book 168 page 467,
Deed Rec. Book 175, page 475, Deed Rec. Book 189, page
137, and on Deed Cards Numbers 427 and 8223,
respectively, Probate Office, Elmore County, Alabama.

The grantor reserves a life estate in the homehouse and
one acre of land surrounding the same for his lifetime
and the lifetime of any wife which he may have, provide
she does not remarry after his death.

Done this 12th day of March, 2007.


                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                        _____
                              John T. Harmon [HAR108]
                        Assistant United States Attorney


Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-Mail: John.Harmon@usdoj.gov